FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 DEC 27 PM 12: 23

CLERK
SO. DIST. OF GA.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 4:18-MJ-100 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DI BLASI | ) | |
| | ) | |

## **ORDER**

Based upon the motion of the Government, and for good cause shown therein,

it is hereby

**ORDERED** that all process and related documents issued under Case Number

4:18-MJ-100 shall be unsealed.

**SO ORDERED,** this _27th_ day of December 2018.

HON. JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE